Submitted August 27, affirmed October 2, 2019

In the Matter of C. B.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

C. B.,
*Appellant.*

Multnomah County Circuit Court
18CC04817; A168880

449 P3d 581

Monica M. Herranz, Judge pro tempore.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and DeVore, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *See State v. B. K.*, 295 Or App 697, 434 P3d 512 (2019).